Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
Megan E. Ross (SBN 227776)
mross@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
P: 626-795-4700
F: 626-795-4790

James H. Hanson, *admitted pro hac vice*
jhanson@scopelitis.com
R. Jay Taylor, Jr., *admitted pro hac vice*
jtaylor@scopelitis.com
Elizabeth M. Bolka, *admitted pro hac vice*
ebolka@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN  46204
P: 317-637-1777
F: 317-687-2414

Attorneys for Defendants,
CRST EXPEDITED, INC. and CRST INTERNATIONAL, INC.

**ADDITIONAL COUNSEL LIST ON NEXT PAGE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TAPIA, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CRST EXPEDITED, INC., CRST INTERNATIONAL, INC. and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:19-cv-01665-FMO-SP<br><br>**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>Hearing Date: N/A<br>Time:<br>Courtroom: 6D<br>Judge:     Hon. Fernando J. Olguin |

1  Charles Andrewscavage, *admitted pro hac vice*
   candrewscavage@scopelitis.com
2  Jared S. Kramer, *admitted pro hac vice*
   jskramer@scopelitis.com
3  SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
   30 West Monroe Street, Suite 1600
4  Chicago, IL 60603
   P: 312-255-7200
5  F: 312-422-1224

6  Adam C. Smedstad (SBN 303591)
   asmedstad@scopelitis.com
7  SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
   3214 West McGraw Street, Suite 301F
8  Seattle, WA 98199
   P: 206-288-6192
9  F: 206-299-9375

10 Attorneys for Defendants,
   CRST EXPEDITED, INC. and CRST INTERNATIONAL, INC.

Defendants, CRST Expedited, Inc. and CRST International, Inc. ("CRST"), file this Notice of Pendency of Other Action or Proceeding under Central District of California Local Rule 83-1.4.

1. This action involves "all or a material part of the subject matter of" two separate actions pending in the Superior Court of California, County of Fresno. Both actions are brought by the same plaintiff—Keenan Smith. The first action is a putative class action, captioned *Keenan Smith v. CRST Dedicated Services, Inc. and CRST Expedited, Inc.*, Case No. 19CECG03299 (the "Smith Class Action"). In the Smith Class Action, Smith asserts six causes of action: (i) failure to pay wages for all time worked at minimum wage in violation of Labor Code sections 1194 and 1197, (ii) failure to pay wages for all time worked at overtime rate in violation of Labor Code sections 510 and 1194, (iii) failure to adequately indemnify employees for employment-related losses/expenditures in violation of Labor Code section 2802, (iv) failure to provide complete and accurate wage statements in violation of Labor Code section 226, (v) failure to timely pay all earned wages and final paychecks due at the time of separation of employment in violation of Labor Code sections 201, 202, and 203, and (vi) unfair business practices, in violation of Business and Professions Code section 17200. The second action seeks penalties under California's Private Attorney's General Act of 2004 ("PAGA") based on the same claims underlying the Smith Class Action and is captioned *Keenan Smith v. CRST Dedicated Services, Inc. and CRST Expedited, Inc.*, Case No. RIC1905892 (the "Smith PAGA Action").

2. In both cases, Plaintiff Keenan Smith is represented by the same counsel– Anwar D. Burton, Vincent C. Granberry, and Joseph Lavi of Lavi & Ebrahimian, LLP, 8889 West Olympic Boulevard, Suite 200, Beverly Hills, California 90211, phone 310-432-0000, fax 310-432-0001, email aburton@lelawfirm.com, vgranberry@lelawfirm.com, jlavi@lelawfirm.com.

3. In both cases, Defendants CRST Expedited, Inc. and CRST Dedicated Services, Inc. are represented by Christopher C. McNatt, Jr. of Scopelitis, Garvin, Light,

Hanson, & Feary, LLP, 2 North Lake Avenue, Suite 560, Pasadena, California 91101, phone 626-795-4700, fax 626-795-4790, email cmcnatt@scopelitis.com.

4. In the Smith Class Action, Plaintiff Smith—like Plaintiff Joseph Tapia—alleges that Defendants violated California's Labor Code by failing to pay minimum wage for all work performed, failing to reimburse individuals for business expenses they incurred, including alleged expenses related to CRST Expedited's driver training program, failing to pay all wages at the time of termination, and violating of California's Unfair Business Practices Act.. In the Smith PAGA Action, Smith seeks PAGA penalties based upon the allegations in the Smith Class Action—including the allegations related to failure to pay minimum wage.

5. Because the plaintiff in the Smith Class Action seeks to represent a class of truck drivers employed by CRST Expedited and recovery of minimum wage compensation for all time worked, reimbursement for expenses the putative class members allegedly incurred in attending CRST Expedited's driver training program, penalties related to an alleged failure to provide accurate wage statements, and penalties related to an alleged failure to provide all wages at the time of termination, and because the resolution of the Smith PAGA Action will require a Court to resolve the substantive merits underlying Smith's PAGA claim,, CRST Expedited believes the actions involve a material part of the subject matter of this case. CRST Expedited therefore submits this Notice in accordance with Local Rule 83-1.4.

Dated: March 19, 2020         Respectfully submitted,

*/s/ Charles Andrewscavage*
Charles Andrewscavage

Attorney for Defendants,
CRST Expedited, Inc. and
CRST International, Inc.

4847-5273-3623, v. 2